JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN MACDONALD,<br>individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>E MORTGAGE CAPITAL, INC.,<br><br>　　　　　Defendant. | Case No. 8:22-cv-00239-JLS-KES<br><br>**ORDER OF DISMISSAL [34]** |

Pursuant to the parties' stipulation, this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: March 22, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE